DR. BRETT NADEL RESTITUTION

| Invoice No | State | Insurance Provider | Insurance Pay $ | Doctor Name | Sales Rep Name | Pharmacy Name |
|---|---|---|---|---|---|---|
| Rx703636 | Georgia | Aetna | $ 18,289.37 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx703637 | Georgia | Aetna | $ 24,022.20 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx57157 | Georgia | Aetna | $ 23,824.31 | James Lee (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx703666 | New York | Aetna | $ 1,929.40 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702649 | Tennessee | Aetna | $ 2,053.88 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703698 | New York | Blue Cross Blue Shield | $ 2,133.25 | Joseph Addeo (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703698-1 | New York | Blue Cross Blue Shield | $ 2,133.25 | Joseph Addeo (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703308 | Tennessee | Blue Cross Blue Shield | $ 2,089.40 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702467 | Tennessee | Blue Cross Blue Shield | $ 2,025.07 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702924-1 | Tennessee | Blue Cross Blue Shield | $ 2,025.07 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702728 | Tennessee | Blue Cross Blue Shield | $ 21,538.66 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702729 | Tennessee | Blue Cross Blue Shield | $ 25,742.97 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703220 | Tennessee | Blue Cross Blue Shield | $ 24,057.20 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703221 | Tennessee | Blue Cross Blue Shield | $ 2,064.40 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx9019 | Georgia | Blue Cross Blue Shield | $ 2,106.42 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx56989 | Georgia | Blue Cross Blue Shield | $ 2,071.88 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx15426 | New York | Blue Cross Blue Shield | $ 22,709.62 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx15426-1 | New York | Blue Cross Blue Shield | $ 22,709.62 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx15426-2 | New York | Blue Cross Blue Shield | $ 22,709.62 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx15427 | New York | Blue Cross Blue Shield | $ 25,746.03 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx12505 | New York | Blue Cross Blue Shield | $ 2,101.45 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx11327 | Georgia | Blue Cross Blue Shield | $ 2,047.95 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx11327-1 | Georgia | Blue Cross Blue Shield | $ 2,047.95 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx703892 | Georgia | Blue Cross Blue Shield | $ 23,995.04 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx706978 | Georgia | Blue Cross Blue Shield | $ 2,061.81 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx706953 | New York | Blue Cross Blue Shield | $ 2,098.90 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702483 | Tennessee | Blue Cross Blue Shield | $ 24,097.20 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702484 | Tennessee | Blue Cross Blue Shield | $ 2,129.40 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx10238 | Georgia | Blue Cross Blue Shield | $ 2,093.25 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx10238-1 | Georgia | Blue Cross Blue Shield | $ 2,093.25 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx703939 | New York | Blue Cross Blue Shield | $ 2,110.07 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702502 | Tennessee | Blue Cross Blue Shield | $ 3,497.75 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702817 | Tennessee | Blue Cross Blue Shield | $ 24,067.20 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx707703 | New York | Blue Cross Blue Shield | $ 2,121.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703216 | Tennessee | Blue Cross Blue Shield | $ 24,057.20 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx703219 | Tennessee | Blue Cross Blue Shield | $ 2,064.40 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702576 | Tennessee | Blue Cross Blue Shield | $ 21,538.66 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702577 | Tennessee | Blue Cross Blue Shield | $ 10,642.40 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702579 | Tennessee | Blue Cross Blue Shield | $ 28,283.16 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx701950 | Georgia | Blue Cross Blue Shield | $ 21,518.66 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx8683 | Georgia | Blue Cross Blue Shield | $ 2,037.95 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx8683-1 | Georgia | Blue Cross Blue Shield | $ 2,037.95 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx8683-2 | Georgia | Blue Cross Blue Shield | $ 2,037.95 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx57304 | Georgia | Blue Cross Blue Shield | $ 2,056.88 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx57304-1 | Georgia | Blue Cross Blue Shield | $ 2,056.88 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx8656 | Georgia | Blue Cross Blue Shield | $ 2,039.70 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx8656-1 | Georgia | Blue Cross Blue Shield | $ 2,002.95 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx502945 | Georgia | Blue Cross Blue Shield | $ 2,087.95 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | Ballem Pharmacy |
| Rx704415 | Georgia | Blue Cross Blue Shield of Nevada | $ 2,039.40 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx702802 | Tennessee | Blue Cross Blue Shield of Nevada | $ 24,067.20 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702478 | Tennessee | Blue Cross Blue Shield of TN | $ 21,538.66 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702479 | Tennessee | Blue Cross Blue Shield of TN | $ 28,283.16 | Jaquetta Wolf-King (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx56905 | Georgia | CVS CareMark | $ 1,910.07 | Lorena Castillo (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx703201 | New York | Empire Blue Cross Blue Shield | $ 2,098.90 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx60342 | New York | Empire Blue Cross Blue Shield | $ - | Aryel Nicoleau (CCC) | Zen Universal LLC | Rx of Boca |
| Rx60342-1 | New York | Empire Blue Cross Blue Shield | $ - | Aryel Nicoleau (CCC) | Zen Universal LLC | Rx of Boca |
| Rx60342-2 | New York | Empire Blue Cross Blue Shield | $ - | Aryel Nicoleau (CCC) | Zen Universal LLC | Rx of Boca |
| Rx707548 | New York | Express Scripts | $ 17,820.70 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx707673 | New York | Express Scripts | $ 2,133.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx12433 | New York | Express Scripts | $ 2,121.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx10947 | New York | Express Scripts | $ 2,121.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx10947-1 | New York | Express Scripts | $ 2,121.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx11490 | Georgia | Express Scripts | $ 1,977.95 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx700163 | New York | HIP Medicare | $ 2,986.68 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx703628 | New York | Medco | $ 2,133.25 | Aryel Nicoleau (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx7843 | Georgia | Tricare | $ 9,300.16 | Lorie Johnson (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx700158 | Georgia | Tricare | $ 24,076.70 | James Lee (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx8980 | Georgia | Tricare | $ 19,540.74 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx8981 | Georgia | Tricare | $ 22,012.99 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx702286 | Tennessee | Tricare | $ 18,343.87 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702476 | Tennessee | Tricare | $ 24,076.70 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702512 | Tennessee | Tricare | $ 18,343.87 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx702513 | Tennessee | Tricare | $ 24,076.70 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx7843-1 | Georgia | Tricare | $ 9,300.16 | Lorie Johnson (CCC) | Zen Universal LLC | American Custom Compounding Pharmacy |
| Rx702512-1 | Tennessee | Tricare | $ 18,343.87 | Gary Cole (CCC) | Zen Universal LLC | Specialty Pharmacy |
| Rx12452 | Georgia | Tricare | $ 9,300.16 | Duncan Wells (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx707140 | Georgia | Tricare | $ 9,102.03 | Andrew Magnet (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx707217 | Florida | Tricare | $ 18,363.87 | Andrew Magnet (CCC) | Genesis Health and Rehab, LLC | Specialty Pharmacy |
| Rx12327 | Georgia | Tricare | $ 19,540.74 | Duncan Wells (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx8655 | Georgia | United Healthcare | $ 2,037.95 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |

DR. BRETT NADEL RESTITUTION

| Invoice No | State | Insurance Provider | Insurance Pay $ | Doctor Name | Sales Rep Name | Pharmacy Name |
|---|---|---|---|---|---|---|
| Rx8115 | Georgia | United Healthcare | $ 2,127.95 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx11921 | Georgia | United Healthcare | $ 21,756.60 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx11921-1 | Georgia | United Healthcare | $ 21,756.60 | James Lee (CCC) | Genesis Health and Rehab, LLC | American Custom Compounding Pharmacy |
| Rx59709 | Georgia | United Healthcare | $ - | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx57208 | Georgia | United Healthcare | $ 2,057.86 | James Lee (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx57208-1 | Georgia | United Healthcare | $ 2,057.86 | James Lee (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx56524 | Georgia | United Healthcare | $ 3,593.52 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx56524-1 | Georgia | United Healthcare | $ 3,593.52 | Sophie Nguyen (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx59874 | Georgia | WC | $ 15,102.06 | Duncan Wells (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
| Rx59875 | Georgia | WC | $ 18,954.66 | Duncan Wells (CCC) | Genesis Health and Rehab, LLC | Rx of Boca |
|  |  |  |  |  |  |  |
|  |  |  | **$ 923,120.89** |  |  |  |