UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60227-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

BRETT NADEL

        Defendant.
_____/

## ORDER DENYING MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

**THIS MATTER** came before the Court on Defendant's Motion for Early Termination of Supervised Release (DE 826). The Court has reviewed the record and Defendant's Motion (DE 826). After considering all the factors set forth in 18 U.S.C. 3553(a), the Court finds that termination is not warranted, and that it is not in the interests of justice to terminate the defendant's term of supervision. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 21st day of January, 2021

                                        KATHLEEN M. WILLIAMS
                                        UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record
U.S. Probation Office